IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TRUSTEES OF THE OREGON-
WASHINGTON CARPENTERS-
EMPLOYERS HEALTH AND WELFARE
TRUST FUND, et al.,                                    3:10-cv-01521-HU

       Plaintiff,                                              ORDER

v.

UPRIGHT SHORING AND
SCAFFOLDING, INC.,

       Defendant.


STEPHEN H. BUCKLEY
CARY R. CADONAU
Brownstein Rask
1200 Southwest Main Street
Portland, OR 97205

       Attorneys for Plaintiff

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Dennis J. Hubel issued Findings and Recommendation (#15) on May 11, 2011, in which he recommends this Court grant Plaintiffs' Motion (#8) for Default Judgment.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#15).  Accordingly, the Court **GRANTS** Plaintiffs' Motion (#8) for Default Judgment.

IT IS SO ORDERED.

DATED this 23rd day of June, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER